## LITCHFIELD ASSET MANAGEMENT CORPORATION
## *v.* MARY ANN HOWELL ET AL.
## (AC 16980)

Lavery, Landau and Hennessy, Js.

Submitted on briefs November 13—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## JANET AVILES *v.* DAVID FEVRER
## (AC 17054)

Lavery, Landau and Hennessy, Js.

Submitted on briefs November 13—officially released December 2, 1997

Per Curiam. The judgment is affirmed.

## DEAN DESROSIER *v.* TOWN OF NEWINGTON ET AL.
## (AC 16752)

Schaller, Spear and Hennessy, Js.

Submitted on briefs November 13—officially released December 9, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.